IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA (Rural Development),<br><br>       Plaintiff,<br><br>       v.<br><br>ADVANCER LOCAL DEVELOPMENT CORPORATION,<br><br>       Defendant | CIVIL NO. 08-1686 (JP) |

**FINAL JUDGMENT**

    The Court has before it the parties' Stipulation for Consent Judgment **(No. 10)**. Pursuant thereto, the Court **ENTERS JUDGMENT FOR THE PLAINTIFF TO HAVE AND RECOVER THE AMOUNT OF SEVEN HUNDRED FORTY-SEVEN THOUSAND, SEVEN HUNDRED SIXTY-FOUR DOLLARS AND SEVENTY-FOUR CENTS ($747,764.74)** plus interest thereafter at an annual rate of one percent until paid in full. The Court hereby incorporates the Stipulation for Consent Judgment into this Judgment, and makes it to form part hereof for all legal purposes. This Judgment is entered without the imposition of additional costs or attorneys' fees, beyond those provided in the Stipulation for Consent Judgment.

    **IT IS SO ORDERED.**

    In San Juan, Puerto Rico, this 2nd day of February, 2009.

                                                        s/Jaime Pieras, Jr.
                                                        JAIME PIERAS, JR.
                                         U.S. SENIOR DISTRICT JUDGE